1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ANDREW WONG, Bar #308269
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare St. Ste. 330
4  Fresno, CA 93721
   Telephone: 559-487-5561
5  Fax: 559-487-5950

6  Attorney for Defendant
   JUAN A. RIVERA
7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     ) Case No. 1:17-mj-00166
                                   )
12 |       *Plaintiff*,            ) MOTION DESIGNATING COMMUNITY
                                   ) SERVICE ORGANIZATIONS; ORDER
13 | vs.                           )
                                   ) Judge: Hon. Stanley A. Boone
14 | JUAN A. RIVERA,               )
                                   )
15 |                               )
           *Defendant*.            )
16                                 )

17       On January 18, 2018, the Court sentenced Mr. Rivera to twenty-four months of

18 unsupervised probation. As part of his sentence, Mr. Rivera was ordered to complete 200 hours

19 of community service with a court-approved organization to be completed by July 18, 2019.

20       Mr. Rivera asks the Court to approve the following organizations for him to perform his

21 community service hours:

22       1) Visalia Salvation Army at 1501 W. Main St., Visalia CA

23       2) Visalia Emergency Aid, Food Pantry at 217 NE Third Ave., Visalia, CA
            or at their Thrift Store at 620 W. Houston, Visalia, CA
24

25 ///

26 ///

27 ///

28 ///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 25, 2018         */s/ Andrew Wong*
                               ANDREW WONG
                               Assistant Federal Defender
                               Attorney for Defendant
                               JUAN A. RIVERA

**O R D E R**

IT IS SO ORDERED.

Dated: **January 25, 2018**

UNITED STATES MAGISTRATE JUDGE