# IN THE UNITED STATES DISTRICT COURT
# For The
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-mj-00166-SAB |
| Plaintiff, | |
| v. | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| JUAN A. RIVERA, | |
| Defendant. | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Driving Under the Influence of an Alcoholic Beverage with a BAC above .08 |
| **Sentence Date:** | January 18, 2018 |
| **Review Hearing Date:** | January 17, 2019 |
| **Probation Expires On:** | January 11, 2020 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $2,000.00 fine, and $10.00 special assessment.

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $ 2,010.00
☐ If not paid in full when was last time payment:

☒ Compliance with Other Conditions of Probation: Mr. Rivera has already completed all 200 hours of community service. Additionally, Mr. Rivera has completed the majority of his Multi-Offender DUI program and has only 5 sessions remaining.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: January 3, 2019      */s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 1/17/2019 at 10:00 a.m.

☒ be continued to 12/12/2019 at 10:00 a.m.; or

☐ be vacated.

DATED: 1/3/2019      */s/ Hope Alley*
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for 1/17/2019 at 10:00 a.m. be continued to 11/21/2019 at 10:00 a.m. Defendant is ordered to appear. The defendant is ordered to file a probation status report 14 days prior to the hearing.

☐ DENIED.

IT IS SO ORDERED.

Dated: **January 4, 2019**

UNITED STATES MAGISTRATE JUDGE