## IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>v.<br><br>JUAN A. RIVERA,<br><br>            Defendant. | Case No. 1:17-mj-00166-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Driving Under the Influence of an Alcoholic Beverage with a BAC above .08 |
| **Sentence Date:** | January 18, 2018 |
| **Review Hearing Date:** | November 21, 2019 |
| **Probation Expires On:** | January 11, 2020 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $2,000.00 fine, and $10.00 special assessment.

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $ 2,010.00

☒ Compliance with Other Conditions of Probation: Mr. Rivera has already completed all 200 hours of community service. Additionally, Mr. Rivera has completed the Multi-Offender DUI program. (ECF No. 17)

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: November 8, 2019     */s/ William B. Taylor*
                            WILLIAM B. TAYLOR
                            Special Assistant United States Attorney

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 11/21/2019 at 10:00 a.m.

　　☐ be continued to; or

　　☒ be vacated.

DATED:  November 8, 2019     */s/ Matthew Lemke*
                             MATTHEW LEMKE
                             Assistant Federal Defender
                             Counsel for Juan Rivera

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing set for 11/21/2019 at 10:00 a.m. be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **November 14, 2019**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE